In the Matter of the Claim of ANNA DANEK, Respondent, against JACOB DOLD PACKING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless the case is submitted on October 31, 1928, and briefs filed on November 5, 1928, and said costs paid, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ARTHUR HOLDEN, Respondent, against ELKHORN MARKETS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless the appellants file papers and perfect appeal on or before the 1st day of December, 1928, and pay said costs, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ANTONIO GIGLIO, Respondent, against ARCO MFG. Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE and the STATE TREASURER (Arising Out of Death of GEORGE MARTIN), Respondents, against GEORGE WATSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs against the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of EUGHENIA CERNIAVSCHI, Respondent, against HOMESTEAD LUMBER MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.